UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Freeze 24|7 Int'l

-v.-                                                    : 06 Civ. 5348 (RWS)

CVS Pharmacy

-----------------------------------------------------------X

Please be advised that the conference scheduled

for __6-13-07__ has been rescheduled to

__9-26-07__ at __4:30 pm__ in Courtroom 18C

Please notify opposing counsel of the change.


SO ORDERED.

Dated: New York, New York
       6/12/07

                                    _____
                                    ROBERT W. SWEET
                                    United States District Judge