USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/19/07

RECEIVED
SEP 14 2007
JUDGE SWEET CHAMBERS

Sweet, J

Michael T. Mervis (MM 0306)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
Tel: 212.969.3000
Fax: 212.969.2900

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREEZE 24/7 INTERNATIONAL LLC,

    Plaintiff,

v.

CVS PHARMACY, INC., a Rhode Island
corporation and ADVANCED HEALTHCARE
DISTRIBUTORS, LLC, a New Hampshire
limited liability company

    Defendants.

06 CV 5348 (RWS)

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys of record for the parties, that the above-captioned action be, and the same hereby is, dismissed with prejudice and without costs or attorneys' fees to any party as against the other.

Dated: New York, New York
June __, 2007

PROSKAUER ROSE LLP

By: _____
Michael T. Mervis (MM-0306)
1585 Broadway
New York, New York 10036
Phone: (212) 969-3000
Fax: (212) 969-2900
*Attorneys for Plaintiff*

ALLYN & FORTUNA LLP

By: _____
Nicholas Fortuna (NF-9191)
200 Madison Avenue, 5th Floor
New York, New York
Phone: (212)213-8844
Fax: (212)213-3318
*Attorneys for Defendants*

So ordered
Sweet USDJ
9.17.07

SO ORDERED:

_____  Dated:_____
U.S.D.J.